United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 06, 2024

Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **SJ MEDICAL CENTER, LLC,** | § | **Case No. 24-90210 (CML)** |
| **Debtor.** | § | |
| **Tax I.D. No. (20-4835578)** | § | |
| **In re:** | § | **Chapter 11** |
| **DOWNTOWN HOUSTON PHYSICIAN HOSPITAL ORGANIZATION,** | § | **Case No. 24-90211 (CML)** |
| **Debtor.** | § | |
| **Tax I.D. No. (26-2994243)** | § | |
| **In re:** | § | **Chapter 11** |
| **STEWARD HEALTH CARE HOLDINGS LLC,** | § | **Case No. 24-90212 (CML)** |
| **Debtor.** | § | |
| **Tax I.D. No. (90-0736306)** | § | |
| **In re:** | § | **Chapter 11** |
| **STEWARD HEALTH CARE SYSTEM LLC,** | § | **Case No. 24-90213 (CML)** |
| **Debtor.** | § | |
| **Tax I.D. No. (27-2473240)** | § | |

|  |  |  |
|---|---|---|
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **ARIZONA DIAGNOSTIC &** | § | **Case No. 24-90214 (CML)** |
| **SURGICAL CENTER, INC.,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (62-1799439)** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BEAUMONT HOSPITAL HOLDINGS,** | § | **Case No. 24-90215 (CML)** |
| **INC.,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (62-1796501)** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BILTMORE SURGERY CENTER** | § | **Case No. 24-90216 (CML)** |
| **HOLDINGS, INC.,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (62-1796499)** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BILTMORE SURGERY CENTER,** | § | **Case No. 24-90217 (CML)** |
| **INC.,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (86-0837176)** | § | |
| ------------------------------------------§ | | |

2

------------------------------------------------§
                                                §
In re:                                          §        **Chapter 11**
                                                §
**BLACKSTONE MEDICAL CENTER**                   §        **Case No. 24-90219 (CML)**
**INC.,**                                       §
                                                §
      **Debtor.** §
                                                §
**Tax I.D. No.  (45-2465102)**                  §
------------------------------------------------§
                                                §
In re:                                          §        **Chapter 11**
                                                §
**BLACKSTONE REHABILITATION**                   §        **Case No. 24-90223 (CML)**
**HOSPITAL, INC.,**                             §
                                                §
      **Debtor.** §
                                                §
**Tax I.D. No.  (36-4706538)**                  §
------------------------------------------------§
                                                §
In re:                                          §        **Chapter 11**
                                                §
**BOSTON ORTHOPEDIC CENTER,**                   §        **Case No. 24-90225 (CML)**
**LLC,**                                        §
                                                §
      **Debtor.** §
                                                §
**Tax I.D. No.  N/A**                           §
------------------------------------------------§
                                                §
In re:                                          §        **Chapter 11**
                                                §
**BOSTON SPORTS MEDICINE AND**                  §        **Case No. 24-90230 (CML)**
**RESEARCH INSTITUTE, LLC,**                    §
                                                §
      **Debtor.** §
                                                §
**Tax I.D. No.  N/A**                           §
------------------------------------------------§

---------------------------------------------------§

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BREVARD SHC HOLDINGS LLC,** | § | **Case No. 24-90236 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (82-1041977) | § | |

---------------------------------------------------§

| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRIM HEALTHCARE OF COLORADO, LLC,** | § | **Case No. 24-90242 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (03-0582147) | § | |

---------------------------------------------------§

| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRIM HEALTHCARE OF TEXAS, LLC,** | § | **Case No. 24-90248 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (26-4178850) | § | |

---------------------------------------------------§

| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRIM HOLDING COMPANY, INC.,** | § | **Case No. 24-90261 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (20-1249189) | § | |

---------------------------------------------------§

| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRIM PHYSICIANS GROUP OF COLORADO, LLC,** | § | **Case No. 24-90266 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (27-3297741) | § | |

---------------------------------------------------§

4

| | | |
|---|---|---|
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CHOICE CARE CLINIC I, INC.,** | § | **Case No. 24-90278 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (20-5936914)** | § | |
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CHOICE CARE CLINIC II, INC.,** | § | **Case No. 24-90283 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (20-5815195)** | § | |
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CHOICE CARE CLINIC III, INC.,** | § | **Case No. 24-90287 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (45-5454036)** | § | |
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CHOICE CARE CLINIC OF LOUISIANA, INC.,** | § | **Case No. 24-90291 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (45-4067134)** | § | |
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CHOICE CARE CLINIC OF UTAH, INC.,** | § | **Case No. 24-90299 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No.  (45-4317705)** | § | |
| --------------------------------------------§ | | |

| | | |
|---|---|---|
| --------------------------------------------§ | | |
| In re: | § | Chapter 11 |
| | § | |
| CONVERSE MEDICAL CENTER LLC, | § | Case No. 24-90306 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (30-0820305) | § | |
| --------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| DAVIS HOSPITAL & MEDICAL CENTER, LP, | § | Case No. 24-90315 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (68-0562507) | § | |
| --------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| DAVIS HOSPITAL HOLDINGS, INC., | § | Case No. 24-90318 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (62-1795217) | § | |
| --------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| DAVIS SURGICAL CENTER HOLDINGS, INC., | § | Case No. 24-90324 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (62-1796493) | § | |
| --------------------------------------------§ | | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| DE ZAVALA MEDICAL CENTER LLC, | § | Case No. 24-90340 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (30-0879734) | § | |
| --------------------------------------------§ | | |

-----------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
GLENWOOD SPECIALTY IMAGING,                     §        Case No. 24-90344 (CML)
LLC,                                            §
                                                §
            Debtor.                             §
                                                §
Tax I.D. No.  (20-4166415)                      §
-----------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
HC ESSENTIAL CO.,                               §        Case No. 24-90347 (CML)
                                                §
            Debtor.                             §
                                                §
Tax I.D. No.  (47-3474893)                      §
-----------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
HEALTH CHOICE FLORIDA, INC.,                    §        Case No. 24-90350 (CML)
                                                §
            Debtor.                             §
                                                §
Tax I.D. No.  (46-4707361)                      §
-----------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
HEALTH CHOICE LOUISIANA, INC.,                  §        Case No. 24-90218 (CML)
                                                §
            Debtor.                             §
                                                §
Tax I.D. No.  (47-2577669)                      §
-----------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
HEALTH CHOICE MANAGED CARE                      §        Case No. 24-90224 (CML)
SOLUTIONS LLC,                                  §
                                                §
            Debtor.                             §
                                                §
Tax I.D. No.  (32-0509769)                      §
-----------------------------------------------§

```
---------------------------------------§
                                       §
In re:                                 §          Chapter 11
                                       §
HEALTH CHOICE NORTHERN                 §          Case No. 24-90227 (CML)
ARIZONA LLC,                           §
                                       §
         Debtor.                       §
                                       §
Tax I.D. No.  (35-2516234)             §
---------------------------------------§
                                       §
In re:                                 §          Chapter 11
                                       §
HEALTH CHOICE PREFERRED                §          Case No. 24-90229 (CML)
ACCOUNTABLE CARE LLC,                  §
                                       §
         Debtor.                       §
                                       §
Tax I.D. No.  (90-0855282)             §
---------------------------------------§
                                       §
In re:                                 §          Chapter 11
                                       §
HEALTH CHOICE PREFERRED                §          Case No. 24-90234 (CML)
LOUISIANA ACO LLC,                     §
                                       §
         Debtor.                       §
                                       §
Tax I.D. No.  (32-0452767)             §
---------------------------------------§
                                       §
In re:                                 §          Chapter 11
                                       §
HEALTH CHOICE PREFERRED                §          Case No. 24-90237 (CML)
LOUISIANA PHYSICIAN                    §
ASSOCIATION LLC,                       §
                                       §
         Debtor.                       §
                                       §
Tax I.D. No.  (32-0451446)             §
---------------------------------------§
```

8

-------------------------------------------------§
                          §

**In re:**                       §        **Chapter 11**
                          §

**HEALTH CHOICE PREFERRED**   §        **Case No. 24-90239 (CML)**
**TEXAS ACO LLC – ALAMO REGION** §
**LLC,**                  §
                          §
         **Debtor.**          §
                          §

**Tax I.D. No.  (61-1763415)**     §
-------------------------------------------------§
                          §

**In re:**                       §        **Chapter 11**
                          §

**HEALTH CHOICE PREFERRED**   §        **Case No. 24-90244 (CML)**
**TEXAS ACO LLC – GULF COAST**  §
**REGION LLC,**           §
                          §
         **Debtor.**          §
                          §

**Tax I.D. No.  (35-2534381)**     §
-------------------------------------------------§
                          §

**In re:**                       §        **Chapter 11**
                          §

**HEALTH CHOICE PREFERRED**   §        **Case No. 24-90250 (CML)**
**TEXAS PHYSICIAN ASSOCIATION –** §
**ALAMO REGION LLC,**      §
                          §
         **Debtor.**          §
                          §

**Tax I.D. No.  (36-4811294)**     §
-------------------------------------------------§
                          §

**In re:**                       §        **Chapter 11**
                          §

**HEALTH CHOICE PREFERRED**   §        **Case No. 24-90253 (CML)**
**TEXAS PHYSICIAN ASSOCIATION –** §
**GULF COAST REGION LLC,**    §
                          §
         **Debtor.**          §
                          §

**Tax I.D. No.  (35-2534523)**     §
-------------------------------------------------§

9

------------------------------------------------§
                                                §
In re:                                          §          Chapter 11
                                                §
HEALTH CHOICE UTAH                              §          Case No. 24-90257 (CML)
ACCOUNTABLE CARE LLC,                           §
                                                §
          Debtor.                               §
                                                §
Tax I.D. No. (30-0740157)                       §
------------------------------------------------§
                                                §
In re:                                          §          Chapter 11
                                                §
HEALTHUTAH HOLDCO LLC,                          §          Case No. 24-90262 (CML)
                                                §
          Debtor.                               §
                                                §
Tax I.D. No. (35-2569545)                       §
------------------------------------------------§
                                                §
In re:                                          §          Chapter 11
                                                §
HERITAGE TECHNOLOGIES, LLC,                     §          Case No. 24-90273 (CML)
                                                §
          Debtor.                               §
                                                §
Tax I.D. No. (86-0805100)                       §
------------------------------------------------§
                                                §
In re:                                          §          Chapter 11
                                                §
IASIS CAPITAL CORPORATION,                      §          Case No. 24-90276 (CML)
                                                §
          Debtor.                               §
                                                §
Tax I.D. No. (20-1278389)                       §
------------------------------------------------§
                                                §
In re:                                          §          Chapter 11
                                                §
IASIS FINANCE II LLC,                           §          Case No. 24-90281 (CML)
                                                §
          Debtor.                               §
                                                §
Tax I.D. No. (46-3646796)                       §
------------------------------------------------§
                                                §

10

```
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
IASIS FINANCE III LLC,                    §        Case No. 24-90285 (CML)
                                          §
              Debtor.                     §
                                          §
Tax I.D. No.  (38-3915345)                §
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
IASIS FINANCE, INC.,                      §        Case No. 24-90290 (CML)
                                          §
              Debtor.                     §
                                          §
Tax I.D. No.  (62-1797792)                §
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
IASIS FINANCE TEXAS HOLDINGS,             §        Case No. 24-90295 (CML)
LLC,                                      §
                                          §
              Debtor.                     §
                                          §
Tax I.D. No.  (20-1311933)                §
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
IASIS GLENWOOD REGIONAL                   §        Case No. 24-90301 (CML)
MEDICAL CENTER, LP,                       §
                                          §
              Debtor.                     §
                                          §
Tax I.D. No.  (20-5249827)                §
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
IASIS HEALTHCARE                          §        Case No. 24-90311 (CML)
CORPORATION,                              §
                                          §
              Debtor.                     §
                                          §
Tax I.D. No.  (76-0450619)                §
------------------------------------------§
```

11

-----------------------------------------§
                                         §
**In re:**                               §          **Chapter 11**
                                         §
**IASIS HEALTHCARE HOLDINGS,**           §          **Case No. 24-90317 (CML)**
**INC.,**                                §
                                         §
       **Debtor.**                §
                                         §
**Tax I.D. No. (62-1798194)**            §
-----------------------------------------§
                                         §
**In re:**                               §          **Chapter 11**
                                         §
**IASIS HEALTHCARE LLC,**                §          **Case No. 24-90319 (CML)**
                                         §
       **Debtor.**                §
                                         §
**Tax I.D. No. (20-1150104)**            §
-----------------------------------------§
                                         §
**In re:**                               §          **Chapter 11**
                                         §
**IASIS MANAGEMENT COMPANY,**            §          **Case No. 24-90322 (CML)**
                                         §
       **Debtor.**                §
                                         §
**Tax I.D. No. (62-1797795)**            §
-----------------------------------------§
                                         §
**In re:**                               §          **Chapter 11**
                                         §
**IASIS TRANSCO, INC.,**                 §          **Case No. 24-90325 (CML)**
                                         §
       **Debtor.**                §
                                         §
**Tax I.D. No. (62-1801016)**            §
-----------------------------------------§
                                         §
**In re:**                               §          **Chapter 11**
                                         §
**INDIGENT CARE SERVICES OF**            §          **Case No. 24-90247 (CML)**
**NORTHEAST LOUISIANA, INC.,**           §
                                         §
       **Debtor.**                §
                                         §
**Tax I.D. No. (62-1796513)**            §
-----------------------------------------§

| | | |
|---|---|---|
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **JORDAN VALLEY HOSPITAL HOLDINGS, INC.,** | § | **Case No. 24-90252 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (62-1795215) | § | |
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **JORDAN VALLEY MEDICAL CENTER, LP,** | § | **Case No. 24-90263 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (82-0588653) | § | |
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **LEGACY TRAILS MEDICAL CENTER LLC,** | § | **Case No. 24-90269 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (61-1744649) | § | |
| --------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **MESA GENERAL HOSPITAL, LP,** | § | **Case No. 24-90277 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (62-1795590) | § | |
| --------------------------------------------§ | | |

-----------------------------------------------§
§
In re:                                          §      Chapter 11
§
MORTON HOSPITAL, A STEWARD    §      Case No. 24-90282 (CML)
FAMILY HOSPITAL, INC.,                 §
§
               Debtor.                          §
§
Tax I.D. No.  (45-1209304)              §
-----------------------------------------------§
§
In re:                                          §      Chapter 11
§
MOUNTAIN POINT HOLDINGS, LLC, §      Case No. 24-90289 (CML)
§
               Debtor.                          §
§
Tax I.D. No.  (81-1072595)              §
-----------------------------------------------§
§
In re:                                          §      Chapter 11
§
MOUNTAIN VISTA MEDICAL           §      Case No. 24-90297 (CML)
CENTER, LP,                                  §
§
               Debtor.                          §
§
Tax I.D. No.  (20-2066363)              §
-----------------------------------------------§
§
In re:                                          §      Chapter 11
§
MT TRANSITION LP,                        §      Case No. 24-90303 (CML)
§
               Debtor.                          §
§
Tax I.D. No.  (62-1795584)              §
-----------------------------------------------§

-------------------------------------------§
                                           §
**In re:**                                 §          **Chapter 11**
                                           §
**NASHOBA VALLEY MEDICAL**                 §          **Case No. 24-90313 (CML)**
**CENTER, A STEWARD FAMILY**               §
**HOSPITAL, INC.,**                        §
                                           §
              **Debtor.**                  §
                                           §
**Tax I.D. No. (27-4157855)**              §
-------------------------------------------§
                                           §
**In re:**                                 §          **Chapter 11**
                                           §
**NEW ENGLAND SINAI HOSPITAL,**            §          **Case No. 24-90329 (CML)**
**A STEWARD FAMILY HOSPITAL,**             §
**INC.,**                                  §
                                           §
              **Debtor.**                  §
                                           §
**Tax I.D. No. (90-0813115)**              §
-------------------------------------------§
                                           §
**In re:**                                 §          **Chapter 11**
                                           §
**ODESSA FERTILITY LAB, INC.,**            §          **Case No. 24-90334 (CML)**
                                           §
              **Debtor.**                  §
                                           §
**Tax I.D. No. (62-1796497)**              §
-------------------------------------------§
                                           §
**In re:**                                 §          **Chapter 11**
                                           §
**ODESSA REGIONAL HOSPITAL, LP,**          §          **Case No. 24-90348 (CML)**
                                           §
              **Debtor.**                  §
                                           §
**Tax I.D. No. (62-1795574)**              §
-------------------------------------------§

----------------------------------------------§

§

In re: § Chapter 11

§

ONSITE CARE, INC., § Case No. 24-90352 (CML)

§

Debtor. §

§

Tax I.D. No. (20-5772510) §

----------------------------------------------§

§

In re: § Chapter 11

§

ONSITE CARE MSO, LLC, § Case No. 24-90358 (CML)

§

Debtor. §

§

Tax I.D. No. (87-1690881) §

----------------------------------------------§

§

In re: § Chapter 11

§

PERMIAN BASIN CLINICAL § Case No. 24-90365 (CML)
SERVICES, INC., §

§

Debtor. §

§

Tax I.D. No. (86-1175133) §

----------------------------------------------§

§

In re: § Chapter 11

§

PERMIAN PREMIER HEALTH § Case No. 24-90371 (CML)
SERVICES, INC., §

§

Debtor. §

§

Tax I.D. No. (13-4334288) §

----------------------------------------------§

§

In re: § Chapter 11

§

PHYSICIAN GROUP OF ARIZONA, § Case No. 24-90373 (CML)
INC., §

§

Debtor. §

§

Tax I.D. No. (26-2055034) §

----------------------------------------------§

| | | |
|---|---|---|
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **PHYSICIAN GROUP OF ARKANSAS,** | § | **Case No. 24-90374 (CML)** |
| **INC.,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (45-5503617)** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **PHYSICIAN GROUP OF FLORIDA,** | § | **Case No. 24-90375 (CML)** |
| **INC.,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (62-1801013)** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **PHYSICIAN GROUP OF LOUISIANA,** | § | **Case No. 24-90376 (CML)** |
| **INC.,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (27-0345822)** | § | |
| ------------------------------------------§ | | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **PHYSICIAN GROUP OF UTAH, INC.,** | § | **Case No. 24-90220 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (62-1801973)** | § | |
| ------------------------------------------§ | | |

------------------------------------------------§
                                                §
**In re:**                                      §        **Chapter 11**
                                                §
**PODIATRIC PHYSICIANS**                        §        **Case No. 24-90226 (CML)**
**MANAGEMENT OF ARIZONA, INC.,**                §
                                                §
**Debtor.**                                     §
                                                §
**Tax I.D. No.  (86-0846514)**                  §
------------------------------------------------§
                                                §
**In re:**                                      §        **Chapter 11**
                                                §
**PP TRANSITION, INC.,**                        §        **Case No. 24-90228 (CML)**
                                                §
**Debtor.**                                     §
                                                §
**Tax I.D. No.  (62-1797790)**                  §
------------------------------------------------§
                                                §
**In re:**                                      §        **Chapter 11**
                                                §
**PP TRANSITION LP,**                           §        **Case No. 24-90231 (CML)**
                                                §
**Debtor.**                                     §
                                                §
**Tax I.D. No.  (62-1795583)**                  §
------------------------------------------------§
                                                §
**In re:**                                      §        **Chapter 11**
                                                §
**QUINCY MEDICAL CENTER, A**                    §        **Case No. 24-90235 (CML)**
**STEWARD FAMILY HOSPITAL, INC.,**              §
                                                §
**Debtor.**                                     §
                                                §
**Tax I.D. No.  (45-2465238)**                  §
------------------------------------------------§
                                                §
**In re:**                                      §        **Chapter 11**
                                                §
**RIVERWOODS ASC HOLDCO LLC,**                  §        **Case No. 24-90241 (CML)**
                                                §
**Debtor.**                                     §
                                                §
**Tax I.D. No.  (34-4016363)**                  §
------------------------------------------------§

18

-----------------------------------------------§
                                                §
In re:                                          §               Chapter 11
                                                §
SALT LAKE REGIONAL MEDICAL                      §               Case No. 24-90245 (CML)
CENTER, LP,                                     §
                                                §
                                                §
          Debtor.                               §
                                                §
Tax I.D. No.  (62-1795214)                      §
-----------------------------------------------§
                                                §
In re:                                          §               Chapter 11
                                                §
SALT LAKE REGIONAL                              §               Case No. 24-90251 (CML)
PHYSICIANS, INC.,                               §
                                                §
          Debtor.                               §
                                                §
Tax I.D. No.  (62-1795211)                      §
-----------------------------------------------§
                                                §
In re:                                          §               Chapter 11
                                                §
SEABOARD DEVELOPMENT LLC,                       §               Case No. 24-90256 (CML)
                                                §
          Debtor.                               §
                                                §
Tax I.D. No.  (62-1756039)                      §
-----------------------------------------------§
                                                §
In re:                                          §               Chapter 11
                                                §
SEABOARD DEVELOPMENT PORT                       §               Case No. 24-90258 (CML)
ARTHUR LLC,                                     §
                                                §
          Debtor.                               §
                                                §
Tax I.D. No.  (80-0808748)                      §
-----------------------------------------------§

-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
SHC YOUNGSTOWN OHIO                         §        Case No. 24-90267 (CML)
LABORATORY SERVICES                         §
COMPANY LLC,                               §
                                           §
         Debtor.                           §
                                           §
Tax I.D. No. (82-1003734)                  §
-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
SHC YOUNGSTOWN OHIO                         §        Case No. 24-90270 (CML)
OUTPATIENT SERVICES LLC,                   §
                                           §
         Debtor.                           §
                                           §
Tax I.D. No. (82-1003850)                  §
-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
SHC YOUNGSTOWN OHIO PSC LLC,               §        Case No. 24-90274 (CML)
                                           §
         Debtor.                           §
                                           §
Tax I.D. No. (82-0970767)                  §
-------------------------------------------§
                                           §
In re:                                     §        Chapter 11
                                           §
SOUTHRIDGE PLAZA HOLDINGS,                 §        Case No. 24-90275 (CML)
INC.,                                      §
                                           §
         Debtor.                           §
                                           §
Tax I.D. No. (62-1796491)                  §
-------------------------------------------§

------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**SOUTHWEST GENERAL HOSPITAL,** § **Case No. 24-90280 (CML)**
**LP,**

§

Debtor. §

§

Tax I.D. No.  (62-1795572) §

------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**ST. LUKE'S BEHAVIORAL** § **Case No. 24-90284 (CML)**
**HOSPITAL, LP,**

§

Debtor. §

§

Tax I.D. No.  (62-1795588) §

------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**ST. LUKE'S MEDICAL CENTER, LP,** § **Case No. 24-90294 (CML)**

§

Debtor. §

§

Tax I.D. No.  (62-1795587) §

------------------------------------------------§

§

**In re:** § **Chapter 11**

§

**STEWARD ACCOUNTABLE CARE** § **Case No. 24-90302 (CML)**
**ORGANIZATION, INC.,**

§

Debtor. §

§

Tax I.D. No.  (87-1021140) §

------------------------------------------------§

21

```
-----------------------------------------§
                                         §
In re:                                   §        Chapter 11
                                         §
STEWARD ANESTHESIOLOGY                    §        Case No. 24-90307 (CML)
PHYSICIANS OF FLORIDA, INC.,              §
                                         §
            Debtor.                      §
                                         §
Tax I.D. No.  (84-3108147)               §
-----------------------------------------§
                                         §
In re:                                   §        Chapter 11
                                         §
STEWARD ANESTHESIOLOGY                    §        Case No. 24-90310 (CML)
PHYSICIANS OF MASSACHUSETTS,              §
INC.,                                    §
                                         §
            Debtor.                      §
                                         §
Tax I.D. No.  (86-3579509)               §
-----------------------------------------§
                                         §
In re:                                   §        Chapter 11
                                         §
STEWARD ANESTHESIOLOGY                    §        Case No. 24-90328 (CML)
PHYSICIANS OF PENNSYLVANIA,               §
INC.,                                    §
                                         §
            Debtor.                      §
                                         §
Tax I.D. No.  (84-2405654)               §
-----------------------------------------§
                                         §
In re:                                   §        Chapter 11
                                         §
STEWARD ASC HOLDINGS LLC,                 §        Case No. 24-90332 (CML)
                                         §
            Debtor.                      §
                                         §
Tax I.D. No.  N/A                        §
-----------------------------------------§
```

22

-------------------------------------------------§
§
In re:                                           §          Chapter 11
§
STEWARD CARNEY HOSPITAL, INC., §                             Case No. 24-90336 (CML)
§
Debtor.                              §
§
Tax I.D. No.  (27-2473755)                       §
-------------------------------------------------§
§
In re:                                           §          Chapter 11
§
STEWARD CGH, INC.,                               §          Case No. 24-90339 (CML)
§
Debtor.                              §
§
Tax I.D. No.  (86-2608394)                       §
-------------------------------------------------§
§
In re:                                           §          Chapter 11
§
STEWARD EASTON HOSPITAL, INC., §                             Case No. 24-90341 (CML)
§
Debtor.                              §
§
Tax I.D. No.  (81-5354718)                       §
-------------------------------------------------§
§
In re:                                           §          Chapter 11
§
STEWARD EMERGENCY                                §          Case No. 24-90343 (CML)
PHYSICIANS, INC.,                                §
§
Debtor.                              §
§
Tax I.D. No.  (27-3676242)                       §
-------------------------------------------------§
§
In re:                                           §          Chapter 11
§
STEWARD EMERGENCY                                §          Case No. 24-90346 (CML)
PHYSICIANS OF ARIZONA, INC.,                     §
§
Debtor.                              §
§
Tax I.D. No.  (83-3494977)                       §
-------------------------------------------------§

23

```
--------------------------------------§
                                      §
In re:                                §        Chapter 11
                                      §
STEWARD EMERGENCY                     §        Case No. 24-90349 (CML)
PHYSICIANS OF FLORIDA, INC.,          §
                                      §
              Debtor.                 §
                                      §
Tax I.D. No. (85-2185518)             §
--------------------------------------§
                                      §
In re:                                §        Chapter 11
                                      §
STEWARD EMERGENCY                     §        Case No. 24-90351 (CML)
PHYSICIANS OF PENNSYLVANIA,           §
INC.,                                 §
                                      §
              Debtor.                 §
                                      §
Tax I.D. No. (84-2424854)             §
--------------------------------------§
                                      §
In re:                                §        Chapter 11
                                      §
STEWARD EMERGENCY                     §        Case No. 24-90353 (CML)
PHYSICIANS OHIO, INC.,                §
                                      §
              Debtor.                 §
                                      §
Tax I.D. No. (83-1799216)             §
--------------------------------------§
                                      §
In re:                                §        Chapter 11
                                      §
STEWARD EMPLOYER SOLUTIONS            §        Case No. 24-90355 (CML)
LLC,                                  §
                                      §
              Debtor.                 §
                                      §
Tax I.D. No. (87-3083325)             §
--------------------------------------§
```

24

---------------------------------------------§
§
**In re:** § **Chapter 11**
§
**STEWARD FALL RIVER** § **Case No. 24-90356 (CML)**
**MANAGEMENT CARE SERVICES** §
**LLC,** §
§
Debtor. §
§
**Tax I.D. No. (27-3074966)** §
---------------------------------------------§
§
**In re:** § **Chapter 11**
§
**STEWARD FLORIDA ALF LLC,** § **Case No. 24-90359 (CML)**
§
Debtor. §
§
**Tax I.D. No. (82-0625232)** §
---------------------------------------------§
§
**In re:** § **Chapter 11**
§
**STEWARD FLORIDA ASC LLC,** § **Case No. 24-90361 (CML)**
§
Debtor. §
§
**Tax I.D. No. (82-0625034)** §
---------------------------------------------§
§
**In re:** § **Chapter 11**
§
**STEWARD FLORIDA HOLDINGS** § **Case No. 24-90222 (CML)**
**LLC,** §
§
Debtor. §
§
**Tax I.D. No. (81-5437399)** §
---------------------------------------------§
§
**In re:** § **Chapter 11**
§
**STEWARD FMC, INC.,** § **Case No. 24-90233 (CML)**
§
Debtor. §
§
**Tax I.D. No. (86-2639465)** §
---------------------------------------------§

25

-----------------------------------------§
                                         §
In re:                                   §        **Chapter 11**
                                         §
**STEWARD GOOD SAMARITAN**               §        **Case No. 24-90240 (CML)**
**MEDICAL CENTER, INC.,**                §
                                         §
       **Debtor.**  §
                                         §
**Tax I.D. No.  (27-2473728)**           §
-----------------------------------------§
                                         §
In re:                                   §        **Chapter 11**
                                         §
**STEWARD GOOD SAMARITAN**               §        **Case No. 24-90246 (CML)**
**OCCUPATIONAL HEALTH**                  §
**SERVICES, INC.,**                      §
                                         §
       **Debtor.**  §
                                         §
**Tax I.D. No.  (27-3075262)**           §
-----------------------------------------§
                                         §
In re:                                   §        **Chapter 11**
                                         §
**STEWARD GOOD SAMARITAN**               §        **Case No. 24-90255 (CML)**
**RADIATION ONCOLOGY CENTER,**           §
**INC.,**                                §
                                         §
       **Debtor.**  §
                                         §
**Tax I.D. No.  (27-3075381)**           §
-----------------------------------------§
                                         §
In re:                                   §        **Chapter 11**
                                         §
**STEWARD HEALTH CARE**                  §        **Case No. 24-90260 (CML)**
**INTERNATIONAL LLC,**                   §
                                         §
       **Debtor.**  §
                                         §
**Tax I.D. No.  (27-2490096)**           §
-----------------------------------------§

-----------------------------------------------§
                                               §
**In re:**                                     §          **Chapter 11**
                                               §
**STEWARD HEALTH CARE**                        §          **Case No. 24-90265 (CML)**
**NETWORK ACO TEXAS, INC.,**                    §
                                               §
          **Debtor.**                          §
                                               §
**Tax I.D. No.  (85-0554003)**                 §
-----------------------------------------------§
                                               §
**In re:**                                     §          **Chapter 11**
                                               §
**STEWARD HEALTH CARE**                        §          **Case No. 24-90271 (CML)**
**NETWORK, INC.,**                             §
                                               §
          **Debtor.**                          §
                                               §
**Tax I.D. No.  (27-3075212)**                 §
-----------------------------------------------§
                                               §
**In re:**                                     §          **Chapter 11**
                                               §
**STEWARD HEALTH CARE**                        §          **Case No. 24-90279 (CML)**
**OZ FUND, INC.,**                             §
                                               §
          **Debtor.**                          §
                                               §
**Tax I.D. No.  (87-1449264)**                 §
-----------------------------------------------§
                                               §
**In re:**                                     §          **Chapter 11**
                                               §
**STEWARD HEALTH CHOICE, INC.,**               §          **Case No. 24-90286 (CML)**
                                               §
          **Debtor.**                          §
                                               §
**Tax I.D. No.  (46-2210067)**                 §
-----------------------------------------------§

-----------------------------------------------§

§

**In re:** §  **Chapter 11**

§

**STEWARD HEALTHCARE** §  **Case No. 24-90293 (CML)**

**MANAGEMENT SERVICES LLC,** §

§

Debtor. §

§

**Tax I.D. No.  (37-1743783)** §

-----------------------------------------------§

§

**In re:** §  **Chapter 11**

§

**STEWARD HH, INC.,** §  **Case No. 24-90298 (CML)**

§

Debtor. §

§

**Tax I.D. No.  (86-2669849)** §

-----------------------------------------------§

§

**In re:** §  **Chapter 11**

§

**STEWARD HILLSIDE** §  **Case No. 24-90304 (CML)**

**REHABILITATION HOSPITAL, INC.,** §

§

Debtor. §

§

**Tax I.D. No.  (81-5446091)** §

-----------------------------------------------§

§

**In re:** §  **Chapter 11**

§

**STEWARD HOLY FAMILY** §  **Case No. 24-90309 (CML)**

**HOSPITAL, INC.,** §

§

Debtor. §

§

**Tax I.D. No.  (27-2473701)** §

-----------------------------------------------§

--------------------------------------------§
                                            §
In re:                                      §        **Chapter 11**
                                            §
**STEWARD HOSPITAL HOLDINGS**               §        **Case No. 24-90314 (CML)**
**LLC,**                                     §
                                            §
            Debtor.                         §
                                            §
Tax I.D. No.  (27-2473450)                  §
--------------------------------------------§
                                            §
In re:                                      §        **Chapter 11**
                                            §
**STEWARD HOSPITAL HOLDINGS**               §        **Case No. 24-90320 (CML)**
**SUBSIDIARY ONE, INC.,**                   §
                                            §
            Debtor.                         §
                                            §
Tax I.D. No.  (45-2465023)                  §
--------------------------------------------§
                                            §
In re:                                      §        **Chapter 11**
                                            §
**STEWARD IMAGING &**                       §        **Case No. 24-90326 (CML)**
**RADIOLOGY HOLDINGS LLC,**                 §
                                            §
            Debtor.                         §
                                            §
Tax I.D. No.  (27-2473484)                  §
--------------------------------------------§
                                            §
In re:                                      §        **Chapter 11**
                                            §
**STEWARD MEDICAID CARE**                   §        **Case No. 24-90331 (CML)**
**NETWORK, INC.,**                          §
                                            §
            Debtor.                         §
                                            §
Tax I.D. No.  (81-4107389)                  §
--------------------------------------------§

-----------------------------------------------§

§

**In re:**                                      §          **Chapter 11**

§

**STEWARD MEDICAL GROUP**                       §          **Case No. 24-90337 (CML)**
**EXPRESS CARE, INC.,**                         §

§

         **Debtor.**                            §

§

**Tax I.D. No.  (46-5491210)**                  §

-----------------------------------------------§

§

**In re:**                                      §          **Chapter 11**

§

**STEWARD MEDICAL GROUP, INC.,**                §          **Case No. 24-90362 (CML)**

§

         **Debtor.**                            §

§

**Tax I.D. No.  (27-2777455)**                  §

-----------------------------------------------§

§

**In re:**                                      §          **Chapter 11**

§

**STEWARD MEDICAL GROUP**                       §          **Case No. 24-90354 (CML)**
**PENNSYLVANIA ENDOSCOPY LLC,**                 §

§

         **Debtor.**                            §

§

**Tax I.D. No.  (82-0799612)**                  §

-----------------------------------------------§

§

**In re:**                                      §          **Chapter 11**

§

**STEWARD MEDICAL HOLDINGS**                    §          **Case No. 24-90357 (CML)**
**LLC,**                                        §

§

         **Debtor.**                            §

§

**Tax I.D. No.  (27-3074900)**                  §

-----------------------------------------------§

```
---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
STEWARD MEDICAL VENTURES,                    §        Case No. 24-90360 (CML)
INC.,                                        §
                                             §
          Debtor.                            §
                                             §
Tax I.D. No.  N/A                            §
---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
STEWARD MELBOURNE HOSPITAL,                  §        Case No. 24-90363 (CML)
INC.,                                        §
                                             §
          Debtor.                            §
                                             §
Tax I.D. No.  (81-5354550)                   §
---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
STEWARD NEW ENGLAND                          §        Case No. 24-90364 (CML)
INITIATIVES, INC.,                           §
                                             §
          Debtor.                            §
                                             §
Tax I.D. No.  (27-3075043)                   §
---------------------------------------------§
                                             §
In re:                                       §        Chapter 11
                                             §
STEWARD NORWOOD HOSPITAL,                    §        Case No. 24-90366 (CML)
INC.,                                        §
                                             §
          Debtor.                            §
                                             §
Tax I.D. No.  (27-2473602)                   §
---------------------------------------------§
```

31

--------------------------------------------§
                                  §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD NSMC, INC.,** | § | **Case No. 24-90367 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (86-2695690) | § | |

--------------------------------------------§
     §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD OHIO HOLDINGS LLC,** | § | **Case No. 24-90368 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (81-5446526) | § | |

--------------------------------------------§
     §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD OPERATIONS HOLDINGS LLC,** | § | **Case No. 24-90369 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (27-2490041) | § | |

--------------------------------------------§
     §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD PATHOLOGY PHYSICIANS OF MASSACHUSETTS, INC.,** | § | **Case No. 24-90370 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (86-3272560) | § | |

--------------------------------------------§

32

-----------------------------------------------§
                          §

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD PENNSYLVANIA** | § | **Case No. 24-90372 (CML)** |
| **HOLDINGS LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (81-5446402)** | § | |

-----------------------------------------------§

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD PET IMAGING, LLC,** | § | **Case No. 24-90221 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (42-1556663)** | § | |

-----------------------------------------------§

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD PGH, INC.,** | § | **Case No. 24-90232 (CML)** |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (86-2724926)** | § | |

-----------------------------------------------§

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD PHYSICIAN** | § | **Case No. 24-90238 (CML)** |
| **CONTRACTING, INC.,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (27-3676310)** | § | |

-----------------------------------------------§

----------------------------------------------§
§
**In re:**                                      §     **Chapter 11**
§
**STEWARD RADIOLOGY**                            §     **Case No. 24-90243 (CML)**
**PHYSICIANS OF ARIZONA, INC.,**                 §
§
§
**Debtor.**                                      §
§
**Tax I.D. No.  (84-3808703)**                   §
----------------------------------------------§
§
**In re:**                                      §     **Chapter 11**
§
**STEWARD RADIOLOGY**                            §     **Case No. 24-90249 (CML)**
**PHYSICIANS OF FLORIDA, INC.,**                 §
§
§
**Debtor.**                                      §
§
**Tax I.D. No.  (85-2197478)**                   §
----------------------------------------------§
§
**In re:**                                      §     **Chapter 11**
§
**STEWARD RADIOLOGY**                            §     **Case No. 24-90254 (CML)**
**PHYSICIANS OF MASSACHUSETTS,**                 §
**INC.,**                                        §
§
**Debtor.**                                      §
§
**Tax I.D. No.  (86-3181864)**                   §
----------------------------------------------§
§
**In re:**                                      §     **Chapter 11**
§
**STEWARD RADIOLOGY**                            §     **Case No. 24-90259 (CML)**
**PHYSICIANS OF PENNSYLVANIA,**                  §
**INC.,**                                        §
§
**Debtor.**                                      §
§
**Tax I.D. No.  (84-2434262)**                   §
----------------------------------------------§

34

-----------------------------------------------§
                                              §
**In re:**                                    §        **Chapter 11**
                                              §
**STEWARD ROCKLEDGE HOSPITAL,**               §        **Case No. 24-90264 (CML)**
**INC.,**                                     §
                                              §
              Debtor.                         §
                                              §
Tax I.D. No.  (81-5437018)                    §
-----------------------------------------------§
                                              §
**In re:**                                    §        **Chapter 11**
                                              §
**STEWARD SA FSED HOLDINGS, INC.,**           §        **Case No. 24-90268 (CML)**
                                              §
              Debtor.                         §
                                              §
Tax I.D. No. (83-2091840)                     §
-----------------------------------------------§
                                              §
**In re:**                                    §        **Chapter 11**
                                              §
**STEWARD SEBASTIAN RIVER**                   §        **Case No. 24-90272 (CML)**
**MEDICAL CENTER, INC.,**                     §
                                              §
              Debtor.                         §
                                              §
Tax I.D. No.  (81-5437273)                    §
-----------------------------------------------§
                                              §
**In re:**                                    §        **Chapter 11**
                                              §
**STEWARD SHARON REGIONAL**                   §        **Case No. 24-90288 (CML)**
**HEALTH SYSTEM, INC.,**                      §
                                              §
              Debtor.                         §
                                              §
Tax I.D. No.  (81-5457135)                    §
-----------------------------------------------§
                                              §
**In re:**                                    §        **Chapter 11**
                                              §
**STEWARD SPECIAL PROJECTS LLC,**             §        **Case No. 24-90292 (CML)**
                                              §
              Debtor.                         §
                                              §
Tax I.D. No.  (27-4022750)                    §
-----------------------------------------------§

```
------------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
STEWARD ST. ANNE'S HOSPITAL                     §        Case No. 24-90296 (CML)
CORPORATION,                                    §
                                                §
              Debtor.                           §
                                                §
Tax I.D. No.  (27-2473637)                      §
------------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
STEWARD ST. ELIZABETH'S                         §        Case No. 24-90300 (CML)
MEDICAL CENTER OF BOSTON,                       §
INC.,                                           §
                                                §
              Debtor.                           §
                                                §
Tax I.D. No.  (27-2473667)                      §
------------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
STEWARD ST. ELIZABETH'S                         §        Case No. 24-90305 (CML)
REALTY CORP.,                                   §
                                                §
              Debtor.                           §
                                                §
Tax I.D. No.  (27-3075169)                      §
------------------------------------------------§
                                                §
In re:                                          §        Chapter 11
                                                §
STEWARD TEXAS HOSPITAL                          §        Case No. 24-90308 (CML)
HOLDINGS LLC,                                   §
                                                §
              Debtor.                           §
                                                §
Tax I.D. No.  (83-2900290)                      §
------------------------------------------------§
```

```
----------------------------------------§
                                        §
In re:                                  §      Chapter 11
                                        §
STEWARD TRUMBULL MEMORIAL               §      Case No. 24-90312 (CML)
HOSPITAL, INC.,                         §
                                        §
        Debtor.                         §
                                        §
Tax I.D. No.  (81-5457243)              §
----------------------------------------§
                                        §
In re:                                  §      Chapter 11
                                        §
STEWARD TSC INVESTMENTS LLC,            §      Case No. 24-90316 (CML)
                                        §
        Debtor.                         §
                                        §
Tax I.D. No. N/A                        §
----------------------------------------§
                                        §
In re:                                  §      Chapter 11
                                        §
STEWARD VALLEY REGIONAL                 §      Case No. 24-90321 (CML)
VENTURES, INC.,                         §
                                        §
        Debtor.                         §
                                        §
Tax I.D. No.  (27-3075090)              §
----------------------------------------§
                                        §
In re:                                  §      Chapter 11
                                        §
STEWARD WEST VENTURES CO.,              §      Case No. 24-90323 (CML)
                                        §
        Debtor.                         §
                                        §
Tax I.D. No.  (84-3814117)              §
----------------------------------------§
                                        §
In re:                                  §      Chapter 11
                                        §
STEWARDSHIP HEALTH, INC.,               §      Case No. 24-90327 (CML)
                                        §
        Debtor.                         §
                                        §
Tax I.D. No. (93-4645903)               §
----------------------------------------§
```

```
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
STEWARDSHIP HEALTH MEDICAL                §        Case No. 24-90330 (CML)
GROUP, INC.,                              §
                                          §
              Debtor.                     §
                                          §
Tax I.D. No. (93-4834210)                 §
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
STEWARDSHIP SERVICES INC.,                §        Case No. 24-90333 (CML)
                                          §
              Debtor.                     §
                                          §
Tax I.D. No. (99-1532800)                 §
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
THE MEDICAL CENTER OF                     §        Case No. 24-90335 (CML)
SOUTHEAST TEXAS, LP,                      §
                                          §
              Debtor.                     §
                                          §
Tax I.D. No.  (27-0060569)                §
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
TNC TRANSITION LP,                        §        Case No. 24-90338 (CML)
                                          §
              Debtor.                     §
                                          §
Tax I.D. No.  (62-1795580)                §
------------------------------------------§
                                          §
In re:                                    §        Chapter 11
                                          §
TRACO INVESTMENT                          §        Case No. 24-90342 (CML)
MANAGEMENT LLC,                           §
                                          §
              Debtor.                     §
                                          §
Tax I.D. No.  (85-2650418)                §
------------------------------------------§
```

```
-----------------------------------------------------§
                                                     §
In re:                                               §      Chapter 11
                                                     §
UTAH TRANSCRIPTION SERVICES,                         §      Case No. 24-90345 (CML)
INC.,                                                §
                                                     §
        Debtor.                                      §
                                                     §
Tax I.D. No. (62-1795212)                            §
-----------------------------------------------------§
```

**ORDER DIRECTING JOINT**
**ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion, dated May 6, 2024, (the "**Motion**")[1] of Steward Health Care System LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for entry of an order, pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1, directing the joint administration of their chapter 11 cases, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled; and upon consideration of the First Day Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Debtors, their respective estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.     The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 24-90213 (CML). Additionally, the following checked items are ordered:

      a.      ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

      b.      ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

      c.      ☒ Other: See below.

2.     Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

3.     The caption of the jointly administered cases shall read as follows:



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **STEWARD HEALTH CARE SYSTEM LLC, *et al.*,** | § | **Case No. 24-90213 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| | § | |

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.      A docket entry shall be made in each of the above-captioned chapter 11 cases (except the chapter 11 case of Steward Health Care System LLC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Steward Health Care System LLC, *et al.*  The docket in Case No. 24-90213 (CML) should be consulted for all matters affecting this case.

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7.      A separate claims registry shall be maintained for each Debtor.

8.      The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed:  May 06, 2024

_____
Christopher Lopez
United States Bankruptcy Judge